1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10    VALENTINA KOLODRIVSKIY,

11            Plaintiff,                    CIV. NO. S-11-0371 GEB GGH PS

12        vs.

13    WACHOVIA BANK, MORTGAGE, et al.,

14            Defendant.                    ORDER

15    _____/

16            On May 5, 2011, the magistrate judge filed findings and recommendations herein

17    which were served on the parties and which contained notice that any objections to the findings

18    and recommendations were to be filed within fourteen days.  No objections were filed.

19            Accordingly, the court presumes any findings of fact are correct.  See Orand v.

20    United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

21    reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22    1983).

23            The court has reviewed the applicable legal standards and, good cause appearing,

24    concludes that it is appropriate to adopt the Findings and Recommendations in full.

25            Accordingly, IT IS ORDERED that:

26            1.  The Findings and Recommendations filed May 5, 2011, are ADOPTED; and

                                         1

1      2.  Wachovia Bank Mortgage is dismissed with prejudice pursuant to Federal Rule

2  of Civil Procedure 41(b).

3  Dated:  July 9, 2011

4

5                                                                    _____
                                         GARLAND E. BURRELL, JR.

6                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26