IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTINA KOLODRIVSKIY,

    Plaintiff,                                CIV. NO. S-11-0371 GEB GGH PS

   vs.

WACHOVIA BANK, MORTGAGE, et al.,

    Defendants.                          <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). It was removed from state court on February 9, 2011. On July 11, 2011, defendant Wachovia Bank Mortgage was dismissed from the case. The only remaining defendant is ETS Services, LLC ("ETS"). State court records indicate that this defendant was served with summons and complaint, and filed a declaration in state court concerning its non-monetary status and citizenship for diversity purposes, in regard to defendant Wachovia Bank Mortgage's notice of removal. There is no indication, however, that ETS has filed an answer.

////

////

////

1

1  Accordingly, IT IS ORDERED that: Plaintiff shall move for default against
2  defendant ETS within 28 days of this order. Failure to move for entry of default will result in a
3  recommendation that this defendant be dismissed.
4  DATED: July 22, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Kolodrivskiy0371.ETS.wpd