IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA KOLODRIVSKIY,            )<br>                                    )<br>          Plaintiff,               )<br>                                    )<br>     v.                             )<br>                                    )<br>WACHOVIA MORTGAGE, FSB; ETS         )<br>SERVICES, LLC, AS TRUSTEE           )<br>COMPANY, AND DOES 1 THROUGH 23,    )<br>INCLUSIVE,                          )<br>                                    )<br>          Defendants.              )<br>_____ )<br>VALENTINA KOLODRIVSKIY,            )<br>                                    )<br>          Plaintiff,               )<br>                                    )<br>     v.                             )<br>                                    )<br>WACHOVIA MORTGAGE, FSB; ETS         )<br>SERVICES, LLC; Does 1 thru 25,     )<br>                                    )<br>          Defendants.              )<br>_____ )  | 2:11-cv-00371-GEB-GGH<br><br><br><u>RELATED CASE ORDER</u><br><br><br><br><br><br><br><br><br>2:11-cv-02236-GEB-DAD |

Defendant filed a "Notice of Related Cases" in which it states: "The First Action [(Case No. 2:11-cv-00371-GEB-GGH)] and Second Action [(Case No. 2:11-cv-02236-GEB-DAD)] involve the same transaction or occurrence in that they both challenge the validity of the loan made by Wachovia and . . . involve the same parties and the claims arise from a common nucleus of facts." (ECF No. 20.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the

1

judge and magistrate judge to whom the first filed action was assigned. Therefore, action 2:11-cv-02236 is reassigned to Magistrate Judge Hollows since he was assigned the first filed action. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-GGH."

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  September 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge