IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA KOLODRIVSKIY,<br><br>        Plaintiff,<br><br>    v.<br><br>WACHOVIA MORTGAGE, FSB; ETS SERVICES, LLC, AS TRUSTEE COMPANY, AND DOES 1 THROUGH 23, INCLUSIVE,<br><br>        Defendants. | 2:11-cv-00371-GEB-GGH<br><br>RELATED CASE ORDER |
| VALENTINA KOLODRIVSKIY,<br><br>        Plaintiff,<br><br>    v.<br><br>WACHOVIA MORTGAGE, FSB; ETS SERVICES, LLC; Does 1 thru 25,<br><br>        Defendants. | 2:11-cv-02236-GEB-DAD |

        Defendant filed a "Notice of Related Cases" in which it states: "The First Action [(Case No. 2:11-cv-00371-GEB-GGH)] and Second Action [(Case No. 2:11-cv-02236-GEB-DAD)] involve the same transaction or occurrence in that they both challenge the validity of the loan made by Wachovia and . . . involve the same parties and the claims arise from a common nucleus of facts." (ECF No. 20.)

        Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the

judge and magistrate judge to whom the first filed action was assigned. Therefore, action 2:11-cv-02236 is reassigned to Magistrate Judge Hollows since he was assigned the first filed action. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-GGH."

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  September 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge